IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>JOHN BROSNAN,<br><br>    Defendant.<br>_____/ | No. CR 10-00068 WHA<br>No. MC 15-80297 WHA<br><br>**ORDER RE DEFENDANT'S PROPOSED LAWSUIT** |

In accordance with the terms of his supervised release, defendant John Brosnan seeks permission from the undersigned judge to file a new lawsuit (*Brosnan v. Experian Holdings, Inc. and T-Mobile US*). On its face, this complaint does not appear to be frivolous (although follow-on proceedings may possibly show it to be frivolous) and permission to file this lawsuit is **GRANTED**. This grant of permission is without prejudice to, and does not in any way affect any other prefiling review defendant may be subject to. **THE CLERK SHALL PLEASE RANDOMLY ASSIGN THE CASE, UPON PAYMENT OF FILING FEES.**

**IT IS SO ORDERED.**

Dated: November 30, 2015.

                                                                WILLIAM ALSUP<br>
                                                                 UNITED STATES DISTRICT JUDGE